IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 07-523 (GMS) |
| | ) | |
| SIEMENS HEARING INSTRUMENTS INC., | ) | |
| AND SIEMENS AUDIOLOGISCHE TECHNIK | ) | |
| GMBH, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

The parties here stipulate, subject to the approval of the Court, that the time for Siemens Hearing Instruments, Inc. ("Siemens Hearing") to move, answer or otherwise plead in response to the Complaint is extended until March 10, 2008. The reason for the requested extension is that Siemens Hearing and its co-defendant Siemens Audiologische Technik GmbH ("Siemens Audiologische") have agreed to waive service of a summons pursuant to Fed. R. Civ. P. 4(d). Pursuant to that rule, Siemens Hearing has 60 days (until February 8, 2008), and Siemens Audiologische has 90 days (until March 10, 2008), to respond to the Complaint. This Stipulation will coordinate the responses of the two Siemens defendants so that they will be due on the same day.

ASHBY & GEDDES

*/s/ John G. Day*
_____
Steven J. Balick (#2114)
John G. Day (#2403)
Tiffany Geyer Lydon (#3950)
500 Delaware Avenue – 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Energy Transportation Group, Inc.*

OF COUNSEL:

Marty Steinberg
HUNTON & WILLIAMS LLP
1111 Brickell Avenue
Suite 2500
Miami, FL 33131
(305) 810-2500

Brian M. Buroker
Yisun Song
Robert L. Kinder, Jr.
HUNTON & WILLIAMS LLP
1900 K Street, N.W.; Suite 1200
Washington, DC 20006
(202) 955-1500

Maya M. Eckstein
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
(804) 788-8788

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Siemens Hearing Instruments, Inc. and Siemens Audiologische Technik GmbH*

OF COUNSEL:

John M. Desmarais
Avinash S. Lele
Todd M. Friedman
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4675
(212) 446-4800

SO ORDERED this ___ day of December, 2007.

_____
United States District Judge