IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, | |
| v. | |
| SIEMENS HEARING INSTRUMENTS, INC. and SIEMENS AUDIOLOGISCHE TECHNIK GMBH, | |
| Defendants. | |

C.A. No.07-523-GMS

## **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Energy Transportation Group, Inc. ("ETG") and defendants Siemens Hearing Instruments, Inc. and Siemens Audiologische Technik GmbH (collectively "SIEMENS"), acting by and through counsel, do hereby stipulate that, pursuant to an Agreement executed February 11, 2008, this action, including all claims, defenses or counterclaims as between ETG and SIEMENS, is hereby dismissed with prejudice, with each party to bear its own costs. The Court shall retain jurisdiction to enforce the terms of the Agreement entered into in this case, the terms of which are hereby specifically incorporated by reference in this order. In addition, both ETG and SIEMENS hereby agree that this Court shall retain jurisdiction over any dispute related to the Agreement.

| | |
|---|---|
| ASHBY & GEDDES | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *John G. Day* | /s/ *Jack B. Blumenfeld* |
| _____ | _____ |
| Steven J. Balick (I.D. #2114) | Jack B. Blumenfeld (I.D. #1014) |
| John G. Day (I.D. #2403) | 1201 North Market Street |
| Tiffany Geyer Lydon (I.D. #3950) | P.O. Box 1347 |
| 500 Delaware Avenue, 8th Floor | Wilmington, DE 19899 |
| P.O. Box 1150 | jblumenfeld@mnat.com |
| Wilmington, DE 19899 | |
| (302) 654-1888 | *Attorneys for Siemens Hearing Instruments, Inc.* |
| sbalick@ashby-geddes.com | *and Siemens Audiologische Technik GmbH* |
| jday@ashby-geddes.com | |
| tlydon@ashby-geddes.com | |

*Attorneys for Energy Transportation Group, Inc.*

*Of Counsel:*

Marty Steinberg
HUNTON & WILLIAMS LLP
1111 Brickell Avenue
Suite 2500
Miami, Florida 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460

Brian M. Buroker
Robert L. Kinder, Jr.
HUNTON & WILLIAMS LLP
1900 K Street, N.W., Suite 1200
Washington, DC 20006-1109
Telephone: (202) 955-1500
Facsimile: (202) 778-2201

Maya M. Eckstein
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
Telephone:  (804) 788-8788
Facsimile:  (804) 343-4630

                    SO ORDERED this \_\_\_\_ day of _____, 2008.

                                                              _____
                                                              Chief Judge

188250.1